JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DIANE F. WILLIAMS,

           Plaintiff,

vs.

NANCY BERRYHILL, Acting Commissioner of Social Security,

           Defendant.

Case No. 5:16-CV-02317 (VEB)

JUDGMENT

For the reasons set forth in the accompanying Decision and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is

1
JUDGMENT – WILLIAMS v BERRYHILL 5:16-CV-02317-VEB

GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk of the Court shall CLOSE this case.

DATED this 10th day of April 2018,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE